1:10-cv-6-MP-AK

Dear Clerk of Court:

On November 23th, 2008 @ approx 1:41 am Inmate Travis Dallas was booked into the Alachua County Jail. Upon initial in/take Inmate Dallas informed the medical Department that he had a medical eye ~~condtal~~ condition. Inmate Dallas also informed medical that He will be needing any treatment they Could provide Him with to help deal with the problem. Inmate Dallas, also Suggested a hot compress or a hot rag will help with the Swelling. Before Inmate Dallas enter the DOJ, He was Seeing a Doctor at the Family Practice Center in regards to His eyes. The Doctor informed Inmate Dallas to use a Hot Compress or at lease the Hot rag. The nurse on duty Stated that, Medical would take care of the problems. On Nov 27, 2008, Inmate Dallas wrote a formal inmate request to be seen in regards to the Clogged-up-Tear-duct, that was Causing His eyes to Swell. On Nov 29, 2008, Inmate Dallas filled out another request (sick call) Stated that His eyes were hurting terribly bad and that He Couldn't see. Inmate Dallas also inform medical His eyes were turning Red and Pink. Inmate Dallas filled out numerous follow up request (sick call) and on December 8th, 2008 Inmate Dallas was finally seen by an Medical Staff.

When Inmate Dallas was seen by medical His eyes were "swollen shut" so badly that Inmate Dallas could not open them. Inmate Dallas could feel something excruciating from both of His eyes. On 12/30/08 Inmate Dallas was rushed to North Florida Regional Medical Center. During that time Inmate Dallas was ~~confirmed~~ Confirmed to have three types of infections in His eyes. After the diagnoses Conformation, ~~Inmate~~ Dallas was transported back to ASO-DOJ infirmery where treatment began for about two weeks Consisting of four eye drops oinments and twelve different type of pills. After two weeks Inmate Dallas was reintroduced back into general population. ~~Forthyfive~~ "forty five" minutes later Inmate Dallas eyes exploded back into it stages as ~~before~~. Inmate Dallas was sent back to the Infirmery for more treatment. Inmate Dallas was perscribed to have sunglasses because ~~of~~ light was painful to His eyes and the ventilation system was poor.

In the middle of January 2009, Inmate Dallas was sent to an eye Specialist. Inmate Dallas was told by the Doctor (Specialist) that He had "atracte numerous Styles" on both bottom eyes, and was Schedule for Surgery. ~~After~~ reevalation, Inmate Dallas was told He was removing Collasrons from both eyes. Four weeks later Inmate Dallas had another Surgery to remove more Collasrons at this point Inmate Dallas Still believe there is still more Surgery to be done because His eyes are still swollen and hurting real bad.

inmate Dallas suppose to be schedule by Alachua County Jail medical team for another evaluation by the Specialist. Inmate Dallas is still waiting on that date to come. In June 2009, inmate Dallas had that schedule Surgery and ask the Doctor (Specialist) what's the difference between a "star" and a "dryed up tear"? The Doctor (Specialist) explained, "that a "dried up tear duct" is not an infection, but a "star" is." I received Surgery at North Florida Eye Center, P.A. There where other inmates with "stars" on their eyes. Accordingly to the Specialist, the infection I had comes from the Jail ventilation System that's unclear and poor. I am (inmate Travis Dallas) requesting to file an complaint against the Jail and the medical Department. My rights been violated and I seek relief, and injunction and Damages, against Medical and the Jail department. Inmate Dallas also ask this Honorable Court to appoint attorney to handle this case.

_Travis Dallas_    1/11/10
Signature

Reply:
Travis Dallas
Alachua County Jail
3333 NE 39th Avenue
Gainesville, Fl 32609

Travis Dallas A-H
Alachua County Jail
3333 NE 39th Avenue
Gainesville, Florida 32609

Inmate
Legal Mail

United States District Court
Northern District of Florida
Office of the Clerk
401 S.E. 1st Avenue, Suite 243
Gainesville, Florida 32601-6805